1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DELGADO,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>                    Defendant. | Case No. 1:23-cv-01404-SAB<br><br>ORDER GRANTING MAREN MILLER BAM'S<br>*PRO HAC VICE* APPLICATION<br><br>(ECF No. 5) |

The Court has read and considered the application of Maren Miller Bam, attorney for Plaintiff Linda Delgado, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of the United States District Court for this District.  (ECF No. 5.) Having reviewed the application, Maren Miller Bam's application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 28, 2023**                                        

_____
UNITED STATES MAGISTRATE JUDGE

1