# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01404-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 9) |

Linda Delgado ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On November 15, 2023, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings. (ECF No. 9.) Pursuant to the stipulation, the Commissioner will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, take any necessary action to complete the administrative record, and issue a new decision. (Id.) The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (Id.) The Court finds good cause to grant the parties' stipulated request.

///

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2.    Judgment is entered in favor of Plaintiff Linda Delgado and against Defendant Commissioner of Social Security; and

3.    The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 15, 2023**

UNITED STATES MAGISTRATE JUDGE