# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01404-SAB<br><br>ORDER GRANTING MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO EAJA AND COSTS<br><br>ORDER VACATING MARCH 13, 2024 HEARING<br><br>(ECF Nos. 12, 13, 15) |

Linda Delgado ("Plaintiff") filed the complaint in this action on September 26, 2023. (ECF No. 1.) On March 1, 2024, the Court entered a stipulation for remand of this action and entered judgment in favor of Plaintiff. (ECF Nos. 9, 24, 25.) On January 30, 2024, Plaintiff filed a motion for the award of attorney fees in the amount of $954.02, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and $402.00 in costs pursuant to 28 U.S.C. § 1920. (ECF No. 23.) On February 1, 2024, Defendant filed a non-opposition to Plaintiff's request. (ECF No. 15.)

The motion is currently set for hearing on March 13, 2024, at 10:00 a.m. in Courtroom 9. The Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Based on the Court's record and Defendant's non-opposition to the filed motion, the Court finds good cause to grant the Plaintiff's motion and vacate the hearing set for March 13, 2024.

Accordingly, IT IS HEREBY ORDERED that:

1. The March 13, 2024 hearing is VACATED;
2. Plaintiff's motion for attorney fees (ECF No. 12) is GRANTED;
3. Plaintiff is awarded attorney fees in the amount of $954.02 pursuant to the EAJA, and $402.00 in costs pursuant to 28 U.S.C. § 1920; and
4. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and cost are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Maren A. Bam. Payment may be made by electronic funds transfer (EFT) or by check: Salus Law, PLLC, 8513 W. 9th Avenue Kennewick, WA, 99336.

IT IS SO ORDERED.

Dated: **March 4, 2024**

UNITED STATES MAGISTRATE JUDGE